IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHANNON L. HERREN                                                        PLAINTIFF

v.                       Civil No. 05-5211

DEPUTY DONAHUE; and
NURSE RHONDA BRADLEY                                 DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Shannon L. Herren, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 30, 2005. Herren proceeds in forma pauperis and pro se.

On February 17, 2006, Herren filed a motion to dismiss the case (Doc. 13). In the motion, Herren indicates she no longer wishes to pursue the case.

On February 22, 2006, the defendants filed a response to the motion to dismiss (Doc. 14). Defendants indicate they have no objection to the dismissal of the action.

Accordingly, I recommend that the plaintiff's motion to voluntarily dismiss this action be granted. **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

Dated this 2nd day of March 2006.

                                                                         /s/ Beverly Stites Jones
                                                                         UNITED STATES MAGISTRATE JUDGE