**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

SHANNON L. HERREN                                                PLAINTIFF

v.                    Civil No. 05-5211

DEPUTY DONAHUE; and
NURSE RHONDA BRADLEY                                            DEFENDANTS

**O R D E R**

Now on this 16th day of March, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #15), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's motion to voluntarily dismiss this action is hereby **GRANTED**.

> **/s/Jimm Larry Hendren**
> **HON. JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**